⋅ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF Texas

| The Law Funder, LLC | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Sergio Munoz, Jr., et al | Case Number: 7:14-cv-00981 |

| PRESIDING JUDGE<br>Hon. Micaela Alvarez | PLAINTIFF'S ATTORNEY<br>J. Francisco Tinoco | DEFENDANT'S ATTORNEY<br>Francisco J. Rodriguez |
|---|---|---|
| TRIAL DATE (S)<br>March 14, 2017 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Summary Chart of Attorney's Fees paid in the Garcia Litigation |
| 2 | | | | | Attorney Invoices Part A - Offered Under Seal |
| 3 | | | | | Attorney Invoices Part B - Offered Under Seal |
| 4 | | | | | Attorney Invoices Part C - Offered Under Seal |
| 5 | | | | | Attorney Invoices Part D - Offered Under Seal |
| 6 | | | | | Siber Sale Agreement for Contingency Proceeds - Offered Under Seal |
| 7 | | | | | Helios Sale Agreement for Contingency Proceeds - Offered Under Seal |
| 8 | | | | | 21 Cases Sale Agreement for Contingency Proceeds - Offered Under Seal |
| 9 | | | | | Cross-Collateralization Agreement - Offered Under Seal |
| 10 | | | | | Deposition Transcript of Sergio Munoz, Jr. |
| 11 | | | | | Deposition Transcript Part II of Sergio Munoz, Jr. |
| 12 | | | | | Deposition Transcript of Loren Kleinman Corp. Rep. of The Law Funder, LLC |
| 13 | | | | | Order of Recusal dated 7/6/12 for Judge Contreras in the Garcia Case |
| 14 | | | | | Memorandum Opinion dated 9/5/12 from TX 13th Court of Appeals |
| 15 | | | | | Retainer Agreement for Sergio Munoz, Jr. Law Firm |
| 16 | | | | | Retainer Agreement for Callagy Law Firm |
| 17 | | | | | Retainer Agreement for Kittleman Thomas Firm |
| 18 | | | | | Retainer Agreement for Fulbright & Jaworski Law Firm |
| 19 | | | | | Retainer Agreement for Atlas & Hall Law Firm |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages

• AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| The Law Funder, LLC | | vs. Sergio Munoz, Jr., et al | | CASE NO. 7:14-cv-00981 | |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 1 | | | | | Loren Kleinman as Corp. Rep. for The Law Funder, LLC |
| 2 | | | | | Hampton Skelton, Esq. as Expert Witness for The Law Funder, LLC |
| 3 | | | | | Michael Smikun, Esq. as Witness for The Law Funder, LLC |
| 4 | | | | | Sean Callagy, Esq. as Witness for The Law Funder, LLC |
| 5 | | | | | George Prussin as Witness for The Law Funder, LLC |

Page 2 of 2 Pages