UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| THE LAW FUNDER, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:14-CV-00981 |
| | § | |
| SERGIO MUNOZ, JR., *et al*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

On February 2, 2017, the Court granted judgment on liability in favor of Plaintiff The Law Funder, LLC and against Defendant Sergio Munoz, Jr. and Defendant Law Offices of Sergio Munoz, Jr., P.C.[1] Thereafter, on September 12, 2017 the case came on for a trial on damages. Plaintiff and Defendants presented their cases to the bench and rested. The Court, having reviewed the evidence and other relevant documents, hereby **GRANTS** judgment as follows:

It is **ORDERED**, **ADJUDGED AND DECREED** that Plaintiff The Law Funder, LLC have and recover from Defendant Sergio Munoz, Jr. and Defendant Law Offices of Sergio Munoz, Jr., P.C. jointly and severally the sum of **$2,988,660.61**. The Law Funder is also entitled to court costs.[2] Post-judgment interest will accrue at an annual interest rate of 1.31%.[3]

IT IS SO ORDERED.

DONE at McAllen, Texas, this 29th day of September, 2017.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 63.
[2] *See* Fed. R. Civ. P. 54(d)(1).
[3] *See* http://www.txs.uscourts.gov/page/post-judgment-interest-rates.