006136

Route Clerk: ___
Data Entry Clerk: PP
Disposition Clerk: ___

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| THE LAW FUNDER, LLC, <br>      Plaintiff/Garnishor, <br><br> vs. <br><br> EDWARD D. JONES & CO., L.P., <br>      Garnishee <br><br> vs. <br><br> SERGIO MUNOZ, JR., et. al, <br>      Defendants-Debtors. | Civil Action: 7:14-cv-00981 |

### WRIT OF GARNISHMENT AFTER JUDGMENT

STATE OF TEXAS
GARNISHEE GREETING:

    **EDWARD D. JONES & CO., L.P.**
    **By Serving its Registered Agent:**
    **C. T. Corporation System**
    **1999 Bryant St., Suite 900**
    **Dallas, Texas 75201**

    Whereas in the U.S. District Court for the Southern District of Texas, McAllen Division, in Civil Action No. 7:14-cv-00981, The Law Funder, LLC, Plaintiff and Sergio Munoz, Jr. and the Law Offices of Sergio Munoz, Jr., P.C., Defendants, on September 29, 2017, judgment was rendered by the U.S. District Court for The Law Funder, LLC who now has a judgment against Sergio Munoz, Jr., and the Law Offices of Sergio Munoz, Jr., P.C., jointly and severally, which debt is just, due, unpaid and final pursuant to judgment entered and signed on September 29, 2017, has applied for a Writ of Garnishment against you, the said Garnishee as follows:

1. The amount of $2,988,660.61, court costs, plus interest on such sum at the judgment rate of 1.31% from the date of judgment until paid.

    THEREFORE, YOU ARE HEREBY COMMANDED to file a sworn written answer on or before ten o'clock a.m., on the expiration of Twenty days from the date of service hereof, then and there to answer upon oath what, if anything, you are indebted to said defendants, and were, when this Writ was served upon you; and

1. The effects, if any of the said defendants you had in your possession, and had when this writ was served;
2. What other persons, if any, within your knowledge, are indebted to said defendants, or have effects belonging to said defendants in their possession.

    YOU ARE FURTHER COMMANDED not to pay to defendants any debt or to deliver to them any effects pending further order of this Court.

Date 5-16-18
Rct. No. 1095119
Ck. No. 7933
Pct. 5 $140.00



BETH VILLARREAL
DALLAS COUNTY
CONSTABLE PRECINCT 5

## OFFICERS RETURN OF SERVICE

Received at 953 o'clock AM on the 16 day of May, 2018, and executed in Dallas County at 235 o'clock PM on the 16 day of May, 2018 by delivering to Edward D. Jones 3 Co., L.P., by serving it's registered agent C.T. Corporation System - Ana Gruel in person a true copy of a Writ of Garnishment and executed at 1999 Bryan St #900, Dallas, TX 75201.

Fee: $140.00

Lt. Nicole McMahan
Dallas County Deputy Constable Pct. 5