UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| THE LAW FUNDER, LLC, | § | |
| Plaintiff/Garnishor, | § | |
| | § | |
| vs. | § | Civil Action: 7:14-cv-00981 |
| | § | |
| EDWARD D. JONES & CO., L.P., | § | |
| Garnishee | § | |
| | § | |
| vs. | § | |
| | § | |
| | § | |
| SERGIO MUNOZ, JR., et. al, | § | |
| Defendants-Debtors. | § | |

## NOTICE OF GARNISHMENT

To:    Sergio Munoz, Jr. and the Law Offices of Sergio Munoz, Jr., P.C., Defendants, by and through their attorneys, Francisco J. Rodriguez, Law Office of Francisco J. Rodriguez at 1111 W. Nolana Avenue, McAllen, Texas 78504 and John F. Carroll, 111 West Olmos Drive, San Antonio, Texas 78212

You are hereby notified that certain properties alleged to be owned by you have been garnished.  If you claim any rights to such property, you are advised:

**"YOU HAVE A RIGHT TO REGAIN POSSESSION OF THE PROPERTY BY FILING A REPLEVY BOND.  YOU HAVE A RIGHT TO SEEK TO REGAIN POSSESSION OF THE PROPERTY BY FILING WITH THE COURT A MOTION TO DISSOLVE THIS WRIT."**

Respectfully submitted,

**LAW OFFICE OF J. FRANCISCO TINOCO, P.C.**

*/s/ J. Francisco Tinoco*
J. Francisco Tinoco, TBA: 24067418
Email: tinoco@sotxlaw.com
The Chase Tower
200 S. 10th Street, Suite 802
McAllen, Texas 78501
(956) 683-8300 – (Telephone)
(956) 683-8305 – (Facsimile)
**CERSONSKY, ROSEN & GARCIA, P.C.**

*/s/ M. H. Cersonsky*
M. H. Cersonsky, TBA: 04048500
Email: mhcersonsky@law-crg.com
1770 St. James Place, Suite 150
Houston, Texas 77056
(713) 600-8500 – Telephone
(713) 600-8585 – Facsimile

**ATTORNEYS FOR PLAINTIFF-
GARNISHOR, THE LAW FUNDER, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of June 2018, the foregoing Certificate of Service by Mail and Notice of Garnishment, was served as following:

*__Via Electronic Case Filing__*
*__CM/RRR: #7014 1200 0001 0750 1018__*
*__& First-Class U.S. Mail__*
Francisco J. Rodriguez
Law Office of Francisco J. Rodriguez
1111 W. Nolana Avenue
McAllen, Texas 78504

*__Via Electronic Case Filing__*
*__CM/RRR: #7014 1200 0001 0750 1025__*
*__& First-Class U.S. Mail__*
John F. Carroll
111 West Olmos Drive
San Antonio, Texas 78212

*Attorneys for Defendants*
*Law Offices of Sergio Munoz, Jr., P.C.*
*Sergio Munoz, Jr., individually*

/s/ M. H. Cersonsky
M. H. Cersonsky

| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| | | |
|---|---|---|
| THE LAW FUNDER, LLC,<br>　　　　　　Plaintiff/Garnishor, | §<br>§<br>§ | |
| vs. | §<br>§ | Civil Action: 7:14-cv-00981 |
| EDWARD D. JONES & CO., L.P.,<br>　　　　　　Garnishee | §<br>§<br>§ | |
| vs. | §<br>§<br>§ | |
| SERGIO MUNOZ, JR., et. al,<br>　　　　　　Defendants-Debtors. | §<br>§<br>§ | |

## <u>CERTIFICATE OF SERVICE BY MAIL</u>

I certify that on this day, I mailed to Sergio Munoz, Jr. and the Law Offices of Sergio Munoz, Jr., P.C., by and through their attorneys, Francisco J. Rodriguez, Law Office of Francisco J. Rodriguez at 1111 W. Nolana Avenue, McAllen, Texas 78504 and John F. Carroll, 111 West Olmos Drive, San Antonio, Texas 78212, a copy of the Application for Garnishment and a copy of the affidavit in support thereof, and writ of garnishment, attached here to as Exhibits A-C, and the statutory notice of garnishment, by sending the same via certified mail/return receipt requested number 7014 1200 0001 0750 1018 and 7014 1200 0750 1025, by first class U.S. mail, addressed as stated above.

SIGNED on this the 7th day June 2018.

Respectfully submitted,

**LAW OFFICE OF J. FRANCISCO TINOCO, P.C.**


*/s/ J. Francisco Tinoco*
J. Francisco Tinoco, TBA: 24067418
Email: tinoco@sotxlaw.com
The Chase Tower
200 S. 10th Street, Suite 802
McAllen, Texas 78501
(956) 683-8300 – (Telephone)
(956) 683-8305 – (Facsimile)
**CERSONSKY, ROSEN & GARCIA, P.C.**


*/s/ M. H. Cersonsky*
M. H. Cersonsky, TBA: 04048500
Email: mhcersonsky@law-crg.com
1770 St. James Place, Suite 150
Houston, Texas 77056
(713) 600-8500 – Telephone
(713) 600-8585 – Facsimile

**ATTORNEYS FOR PLAINTIFF-
GARNISHOR, THE LAW FUNDER, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of June 2018, the foregoing Certificate of Service by Mail and Notice of Garnishment, was served as following:

***Via Electronic Case Filing***
***CM/RRR: #7014 1200 0001 0750 1018***
***& First-Class U.S. Mail***
Francisco J. Rodriguez
Law Office of Francisco J. Rodriguez
1111 W. Nolana Avenue
McAllen, Texas 78504

***Via Electronic Case Filing***
***CM/RRR: #7014 1200 0001 0750 1025***
***& First-Class U.S. Mail***
John F. Carroll
111 West Olmos Drive
San Antonio, Texas 78212

*Attorneys for Defendants*
*Law Offices of Sergio Munoz, Jr., P.C.*
*Sergio Munoz, Jr., individually*

*/s/ M. H. Cersonsky*
M. H. Cersonsky

UNITED STATES DISTRICT COURT            SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| THE LAW FUNDER, LLC, | § | |
| Plaintiff/Garnishor, | § | |
| | § | |
| vs. | § | Civil Action: 7:14-cv-00981 |
| | § | |
| EDWARD D. JONES & CO., L.P., | § | |
| Garnishee | § | |
| | § | |
| vs. | § | |
| | § | |
| | § | |
| SERGIO MUNOZ, JR., et. al, | § | |
| Defendants-Debtors. | § | |

## EX PARTE APPLICATION FOR
## WRIT OF GARNISHMENT AFTER JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff-Garnishor THE LAW FUNDER, LLC, ("Garnishor") applies Ex Parte for a Writ of Garnishment After Judgment against Garnishee Edward D. Jones & Co., L.P. ("Garnishee") as follows:

Garnishee is a foreign limited partnership authorized to do business in the State of Texas. It may be served with a Writ of Garnishment through its Registered Agent, C. T. Corporation System, 1999 Bryan St., Suite 900, Dallas, Texas 75201.

Defendant Sergio Munoz, Jr.'s Social Security Number is XXX-XX-6152.

Defendant Law Offices of Sergio Munoz, Jr., P.C.'s tax payer identification number is: XX-XXX9660.



EXHIBIT A

## A. REQUEST FOR EX PARTE CONISDERATION

Request For Ex Parte Consideration. Garnishor requests that the Court consider and grant this application for Writ of Garnishment on an ex parte basis. Given the nature of the garnishment requested, namely account(s) at a financial institution, if the judgment-debtors are advised of the request and issuance of a Writ of Garnishment prior to the service of the Writ of Garnishment, it is likely that the judgment-debtors will close any accounts at issue which will irreparably harm the Garnishor.

## B. FACTUAL BACKGROUND

On September 29, 2017, Garnishor obtained a judgment ("Judgment") against Debtors-Defendants Sergio Munoz, Jr. and Law Offices of Sergio Munoz, Jr., P.C., ("Defendants") in this action, a true and correct copy of which is attached hereto as Exhibit 1 and incorporated herein by reference as if fully set forth. The Judgment is valid and subsisting, and the amount owed on the Judgment against Sergio Munoz, Jr. and Law Offices of Sergio Munoz, Jr., P.C., jointly and severally, is as follows:

      a. the sum of $2,988,660.61;

      b. court costs; and

      c. post-judgment interest at an annual interest rate of 1.31%.

## C. BASIS FOR THE WRIT OF GARNISHMENT

Garnishor has reason to believe, and does believe, that Garnishee has in hand property belonging to or otherwise received from Defendants and/or is indebted to Sergio Munoz, Jr. and the Law Offices of Sergio Munoz, Jr., P.C. In particular, but without limitation, Garnishor seeks garnishment of any and all: cash on hand from or held on behalf of Defendants; funds received from or held or paid on behalf of Defendants; and/or personal accounts owned by Defendants, including any checking, savings, money-market, or brokerage cash accounts, and as well, any property

belonging to Sergio Munoz, Jr. and/or the Law Offices of Sergio Munoz, Jr., P.C. Within Plaintiff's knowledge, Defendants Sergio Munoz, Jr. and the Law Offices of Sergio Munoz, Jr., P.C. do not possess property within the State that is subject to execution and that is sufficient to satisfy the judgment. This garnishment is not sought out to injure either Defendants or Garnishee.

Garnishor requests that the Court waive any bond that might be required for the issuance of the Writ of Garnishment.

Plaintiff, The Law Funder, LLC is entitled to issuance of the Writ of Garnishment on the grounds stated in the attached affidavit, which is incorporated herein. The affidavit sets forth the grounds for the belief that garnishee has assets of Defendants or is indebted to Defendants.

### D. PRAYER

Accordingly, Plaintiff, The Law Funder, LLC, prays that:

1. A Writ of Garnishment be issued directed to Garnishee;

2. Defendants Sergio Munoz, Jr. and the Law Offices of Sergio Munoz, Jr., P.C. be served with a copy of the Writ of Garnishment, **after it is served on garnishee,** along with this application and the accompanying affidavit;

3. The Law Funder, LLC be granted judgment against the Garnishee for amounts due on the Final Judgment by Sergio Munoz, Jr. and the Law Offices of Sergio Munoz, Jr., P.C., as follows:

   a. the sum of $2,988,660.61;

   b. court costs; and

   c. post-judgment interest at an annual interest rate of 1.31%.

Garnishor, The Law Funder, LLC be granted such other and further relief at law and in equity to which Garnishor The Law Funder, LLC may be justly entitled.

Dated May 8, 2018.                              Respectfully submitted,

                                               **LAW OFFICE OF J. FRANCISCO TINOCO, P.C.**


                                               /s/ J. Francisco Tinoco
                                               J. Francisco Tinoco, TBA: 24067418
                                               Email: tinoco@sotxlaw.com
                                               The Chase Tower
                                               200 S. 10th Street, Suite 802
                                               McAllen, Texas 78501
                                               (956) 683-8300 – (Telephone)
                                               (956) 683-8305 – (Facsimile)


                                               **CERSONSKY, ROSEN & GARCIA, P.C.**


                                               /s/ M. H. Cersonsky
                                               M. H. Cersonsky, TBA: 04048500
                                               Email: mhcersonsky@law-crg.com
                                               1770 St. James Place, Suite 150
                                               Houston, Texas 77056
                                               (713) 600-8500 – Telephone
                                               (713) 600-8585 – Facsimile

                                               **ATTORNEYS FOR PLAINTIFF-
                                               GARNISHOR, THE LAW FUNDER, LLC**

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
| --- | --- |

| | | |
| --- | --- | --- |
| THE LAW FUNDER, LLC, | § | |
| Plaintiff/Garnishor, | § | |
| | § | |
| vs. | § | Civil Action: 7:14-cv-00981 |
| | § | |
| EDWARD D. JONES & CO., L.P., | § | |
| Garnishee | § | |
| | § | |
| vs. | § | |
| | § | |
| | § | |
| SERGIO MUNOZ, JR., et. al, | § | |
| Defendants-Debtors. | § | |

## AFFIDAVIT IN SUPPORT OF
## EX PARTE APPLICATION FOR WRIT OF GARNISHMENT AFTER JUDGMENT

| | |
| --- | --- |
| STATE OF NEW JERSEY | § |
| | § |
| COUNTY OF BERGEN | § |

Before me, the undersigned authority, on this day personally appeared George Prussin, who, being by me first duly sworn on oath stated:

1. My name is George Prussin. I am over the age of 18 years, am competent and authorized to make this affidavit in support of Plaintiff's post-judgment Ex Parte Application for Post Judgment Writ of Garnishment. I am a partner at The Law Funder, LLC.

2. I have personal knowledge of the facts set stated in this Affidavit and they are true and correct.

3. Plaintiff owns a judgment against Defendants Sergio Munoz, Jr. and the Law Offices of Sergio Munoz, Jr., P.C. rendered by this Court. The judgment is valid and subsisting and a supersedeas bond has not been approved and filed to suspend execution of the judgment. The amount due on the judgment is as follows:

    a. the sum of $2,988,660.61;

    b. court costs; and

    c. post-judgment interest at an annual interest rate of 1.31%.

# EXHIBIT B

4. Defendants Sergio Munoz, Jr. and the Law Offices of Sergio Munoz, Jr., P.C. do not possess, to Plaintiff's knowledge, property within the State of Texas subject to execution and that is sufficient to satisfy the Judgment. The garnishment is not sought to injure Defendants Sergio Munoz, Jr. and the Law Offices of Sergio Munoz, Jr., P.C.

5. Upon information and belief, I have reason to believe and do believe that Garnishee Edward D. Jones & Co., L.P., has property belonging to Defendants, or is indebted to Defendants Sergio Munoz, Jr. and/or the Law Offices of Sergio Munoz, Jr., P.C.

6. The grounds or basis for the belief that Edward D. Jones & Co., L.P., has property belonging to Defendants or is indebted to Defendant Sergio Munoz, Jr. is a prior year consolidated 1099 statement from Edward D. Jones & Co., L.P. with Sergio Munoz, Jr.'s name on the statement for account number ending in 1-1, which was produced in post-judgment discovery. Another document shows an account ending in 1-2.

THE LAW FUNDER, LLC

By: _____

George Prussin

_____
Title

SUBSCRIBED AND SWORN TO BEFORE ME on this the 2 day of _____ May _____ 2018, to certify which witness my hand and official seal.

_____
Notary Public in and for
the State of New Jersey

KENNETH E POTTS
Notary Public – State of New Jersey
My Commission Expires Mar 6, 2022

2 of 2

Route Clerk: _____
Data Entry Clerk: PP
Disposition Clerk: _____

006136

UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

| THE LAW FUNDER, LLC, | § | |
|---|---|---|
| Plaintiff/Garnishor, | § | |
| | § | |
| vs. | § | Civil Action: 7:14-cv-00981 |
| | § | |
| EDWARD D. JONES & CO., L.P., | § | |
| Garnishee | § | |
| | § | |
| vs. | § | |
| | § | |
| SERGIO MUNOZ, JR., et. al, | § | |
| Defendants-Debtors. | § | |

### WRIT OF GARNISHMENT AFTER JUDGMENT

STATE OF TEXAS
GARNISHEE GREETING:

**EDWARD D. JONES & CO., L.P.**
**By Serving its Registered Agent:**
**C. T. Corporation System**
**1999 Bryant St., Suite 900**
**Dallas, Texas 75201**

Whereas in the U.S. District Court for the Southern District of Texas, McAllen Division, in Civil Action No. 7:14-cv-00981, The Law Funder, LLC, Plaintiff and Sergio Munoz, Jr. and the Law Offices of Sergio Munoz, Jr., P.C., Defendants, on September 29, 2017, judgment was rendered by the U.S. District Court for The Law Funder, LLC who now has a judgment against Sergio Munoz, Jr., and the Law Offices of Sergio Munoz, Jr., P.C., jointly and severally, which debt is just, due, unpaid and final pursuant to judgment entered and signed on September 29, 2017, has applied for a Writ of Garnishment against you, the said Garnishee as follows:

1. The amount of $2,988,660.61, court costs, plus interest on such sum at the judgment rate of 1.31% from the date of judgment until paid.

THEREFORE, YOU ARE HEREBY COMMANDED to file a sworn written answer on or before ten o'clock a.m., on the expiration of Twenty days from the date of service hereof, then and there to answer upon oath what, if anything, you are indebted to said defendants, and were, when this Writ was served upon you; and

1. The effects, if any of the said defendants you had in your possession, and had when this writ was served;

2. What other persons, if any, within your knowledge, are indebted to said defendants, or have effects belonging to said defendants in their possession.

YOU ARE FURTHER COMMANDED not to pay to defendants any debt or to deliver to them any effects pending further order of this Court.

1 of 3

| Date | 5-16-18 |
|---|---|
| Rct. No. | 1095119 |
| Ck. No. | 7933 |
| Pct. 5 | $140.00 |

# EXHIBIT C



BETH VILLARREAL
DALLAS COUNTY
CONSTABLE PRECINCT 5

## OFFICERS RETURN OF SERVICE

Received at _953_ o'clock _AM_ on the _16_ day of _May_____, 2018, and executed in

Dallas County at _835_ o'clock _PM_ on the _16_ day of _May_____, 2018 by delivering to

_Edward D. Jones 3CO, L.P._, by serving it's registered agent _C.T. Corporation_

System – _Ana Gruel_____ in person a true copy of a _Writ of Garnishment_ and

executed at _1999 Bryan St #900, Dallas, TX 75201._

Fee: $140.00

_Lt. Nicole McMahan 502_
Dallas County Deputy Constable Pct. 5