IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 18-40320

D.C. Docket No. 7:14-CV-981

United States Court of Appeals
Fifth Circuit
**FILED**
May 16, 2019
Lyle W. Cayce
Clerk

THE LAW FUNDER, L.L.C.,

    Plaintiff - Appellee

v.

SERGIO MUNOZ, JR.; LAW OFFICES OF SERGIO MUNOZ, JR. P.C., doing business as Munoz Law Firm,

    Defendants - Appellants

Appeal from the United States District Court for the
Southern District of Texas

Before KING, SMITH, and WILLETT, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed in part and reversed in part, and the cause is remanded to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

**Certified as a true copy and issued
as the mandate on Jun 07, 2019**

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**