IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| THE LAW FUNDER, LLC, | § | |
|     Plaintiff | § | |
| V. | § | |
| | § | CIVIL ACTION NO. 7:14-CV-00981 |
| SERGIO MUNOZ, JR., and | § | |
| LAW OFFICES OF SERGIO | § | |
| MUNOZ, JR, P.C. | § | |
|     Defendants | § | |

## DEFENDANTS' DEMAND FOR JURY TRIAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Now come Sergio Munoz, Jr., and Law Offices of Sergio Munoz, Jr., P.C., Defendants in the above numbered and entitled cause and assert their rights under the Seventh Amendment to the U.S. Constitution, and demand, in accordance with Federal Rule of Civil Procedure 38, a trial by jury on all issues presently pending before the Court.

WHEREFORE, Defendants Sergio Munoz, Jr., and Law Offices of Sergio Munoz, Jr., P.C., demand that the Court grant them a trial by jury on all issues and matters presently pending before the Court in this case.

Respectfully submitted,

***/s/ Francisco J. Rodriguez***
Francisco J. Rodriguez
State Bar No. 17145800
LAW OFFICE OF
FRANCISCO J. RODRIGUEZ
1111 W. Nolana Ave., Ste. A
McAllen, Texas 78504
Telephone: (956) 687-4363
Telecopier: (956) 687-6415
frankr@mcallenlawfirm.com

1

John F. Carroll
Attorney at Law
111 West Olmos Drive
San Antonio, Texas 78212
Telephone: (210) 829-7183
Telecopier: (210) 829-0734
jcarrollsatx@gmail.com
State Bar No. 03888100

***ATTORNEYS FOR DEFENDANTS***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Defendants' Demand for a Jury Trial was served via electronic notification through the CM/ECF system to:

Mr. Juan Francisco Tinoco
LAW OFFICE OF J.F. TINOCO
200 S. 10th Street, Suite 802
McAllen, Texas 78501
Attorney for the Plaintiff

on this the 12th day of August, 2019.

                ***/s/ Francisco J. Rodriguez***
                Francisco J. Rodriguez