☐AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern     DISTRICT OF     Texas

| The Law Funder, LLC | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Sergio Munoz, Jr., et al | Case Number: 7:14-cv-00981 |

| PRESIDING JUDGE<br>Hon. Micaela Alvarez | PLAINTIFF'S ATTORNEY<br>J. Francisco Tinoco | DEFENDANT'S ATTORNEY<br>Francisco J. Rodriguez |
|---|---|---|
| TRIAL DATE (S)<br>September 12, 2017 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Attorney Invoices Part A - Offered Under Seal |
| 2 | | | | | Attorney Invoices Part B - Offered Under Seal |
| 3 | | | | | Attorney Invoices Part C - Offered Under Seal |
| 4 | | | | | Attorney Invoices Part D - Offered Under Seal |
| 5 | | | | | Summary Chart of Attorney's Fees paid in the Garcia Litigation |
| 6 | | | | | 21 Cases Sale Agreement for Contingency Proceeds - Offered Under Seal |
| 7 | | | | | Helios Sale Agreement for Contingency Proceeds - Offered Under Seal |
| 8 | | | | | Siber Air Sale Agreement for Contingency Proceeds - Offered Under Seal |
| 9 | | | | | Hearing Transcript - Joint Motion to Appoint Receiver Hearing 9/22/2009 |
| 10 | | | | | Order Appointing Receiver dated October 1, 2009 |
| 11 | | | | | Receiver's Petition in Intervention in Garcia Case |
| 12 | | | | | Order to Release Funds in Custody of the Court dated 12/22/2009 |
| 13 | | | | | Letter from Sean Callagy as Receiver to John Flood, Esq. 3/29/2011 |
| 14 | | | | | The Law Funder LLC's Cross-Claims dated 5/13/2011 |
| 15 | | | | | Case Docket Report in Garcia Divorce Case F-551-05-K Hidalgo County, TX |
| 16 | | | | | Order of Disqualification for Judge Contreras dated 7/6/12 in the Garcia case |
| 17 | | | | | Memorandum Opinion dated 9/5/12 from TX 13th Court of Appeals |
| 18 | | | | | Douglas Allison's Supplemental Answers to United States' Inerrogatories |
| 19 | | | | | Baker Brown & Dixon's Original Petition and Request for TRO |
| 20 | | | | | Wire Transfer Payments for Funding of 3 Portfolio of Cases |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

OAO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST – CONTINUATION**

| The Law Funder, LLC | | vs. Sergio Munoz, Jr., et al | | | CASE NO. 7:14-cv-00981 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 1 | | | | | Loren Kleinman as Corporate Rep for The Law Funder, LLC |
| 2 | | | | | George Prussin as Witness for The Law Funder, LLC |
| 3 | | | | | Michael Smikun, Esq. as Witness for The Law Funder, LLC |
| 4 | | | | | Hampton Skelton, Esq. as Expert Witness for The Law Funder, LLC |

OAO 187A (Rev. 7/87) The Law Funder, LLC vs. Sergio Munoz, Jr., et al 7:14-cv-00981

Page _____ of _____ Pages