**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | |
|---|---|
| **THE LAW FUNDER, L.L.C.,** | |
| **Plaintiff,** | **Civil Action No.: 7:14-cv-00981** |
| **v.** | |
| **SERGIO MUÑOZ, JR.,** *et al.*, | |
| **Defendants.** | |

**PLAINTIFF'S PRETRIAL MEMORANDUM**

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

Now comes THE LAW FUNDER, LLC, Plaintiff herein, and hereby certifies the filing of the following documents in connection with the Joint Pre-Trial Order submitted by the Parties on February 12, 2021:

Plaintiff hereby certifies that the following Documents have been filed by Plaintiff and/or Defendants herein:

1. Joint Pre-Trial Order filed as Document No. 163 in this Case filed by Plaintiff and Defendants herein;

2. Plaintiff's Exhibit List filed as Document No. 165 in this Case;

3. Plaintiff's Witness List filed as Document No. 165 in this Case;

4. Plaintiff's Proposed Jury Instructions and Definitions which were filed by Defendants as Document No. 164 and adopted and incorporated by Plaintiff herein; and

5. Joint Jury Questionnaire filed as Document No. 160-1 filed by Plaintiff and Defendants.

Respectfully submitted,


By:   /s/ J. Francisco Tinoco

**J. Francisco Tinoco, Esq.**
**LAW OFFICE OF J. FRANCISCO TINOCO, P.C.**
**200 SOUTH 10TH STREET**
**SUITE 802**
**MCALLEN, TX 78501**
**Telephone - (956) 683-8300**
**Facsimile - (956) 683-8305**
**Texas Bar No.: 24067418**
**Federal ID No. 873188**


*ATTORNEY FOR PLAINTIFF*
*THE LAW FUNDER, LLC*




<u>**CERTIFICATE OF SERVICE**</u>

I, <u>J. Francisco Tinoco</u>, certify that on the 12th day of February 2021, a copy of the foregoing Plaintiff's Pre-Trial Memorandum was served by Notification of Electronic Filing upon the clerk of the Court, and Francisco J. Rodriguez, Law Office of Francisco J. Rodriguez, 1111 West Nolana, McAllen, Texas 78504 and John Carroll, Attorney At Law, 111 West Olmos Drive, San Antonio, Texas 78212, will receive notification of such filing through CM/ECF.


By: <u>/s/      J. Francisco Tinoco</u>
       J. Francisco Tinoco, Esq.


2