IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| **THE LAW FUNDER, L.L.C.,** <br> **Plaintiff,** <br><br> v. <br><br> **SERGIO MUÑOZ, JR.,** *et al.*, <br><br> **Defendants.** | **Civil Action No.: 7:14-cv-00981** |

## PLAINTIFF'S UNOPPOSED MOTION FOR CONTINUANCE OF FINAL PRE-TRIAL HEARING

**TO THE HONORABLE JUDGE OF SAID COURT:**

Comes now The Law Funder, LLC ("Plaintiff"), by and through its undersigned counsel, J. Francisco, Tinoco, and respectfully files this Motion to Continue the Final Pre-Trial Hearing in the above-captioned case currently set for March 5, 2021 (the "Hearing"), until a date after August 01, 2021. The new proposed date is offered after consultation with opposing counsel, Mr. John Carroll, due to the current circumstances surrounding the COVID 19 pandemic, and the fact that witnesses for Plaintiff will have to travel from outside of the Rio Grande Valley and outside of the State of Texas to attend the Trial in this case.

## **PRAYER**

WHEREFORE, PREMISES CONSIDERED, Plaintiff, The Law Funder, LLC, prays that the Court, having considered the above premises, prays that this Court continue the Final Pre-Trial Hearing currently set for March 5, 2021 until a date after August 01, 2021.

Respectfully submitted,

By: /s/ J. Francisco Tinoco

**J. Francisco Tinoco, Esq.**
**LAW OFFICE OF J. FRANCISCO TINOCO, P.C.**
**200 SOUTH 10TH STREET**
**SUITE 802**
**MCALLEN, TX 78501**
**Telephone - (956) 683-8300**
**Facsimile - (956) 683-8305**
**Texas Bar No.: 24067418**
**Federal ID No. 873188**

*ATTORNEY FOR PLAINTIFF*
*THE LAW FUNDER, LLC*

**CERTIFICATE OF CONFERENCE**

On February 12, 2021 I, J. Francisco Tinoco contacted opposing Counsel John Carroll regarding Plaintiff's Motion for Continuance, and Mr. Carroll stated he was not opposed to this Motion for Continuance.

By:   /s/ J. Francisco Tinoco

J. Francisco Tinoco, Esq.

**CERTIFICATE OF SERVICE**

I, J. Francisco Tinoco, certify that on the 12th day of February 2021, a copy of the foregoing Plaintiff's Motion for Continuance was served by Notification of Electronic Filing upon the clerk of the Court, and Francisco J. Rodriguez, Law Office of Francisco J. Rodriguez, 1111 West Nolana, McAllen, Texas 78504 and John Carroll, Attorney At Law, 111 West Olmos Drive, San Antonio, Texas 78212, will receive notification of such filing through CM/ECF.

By: /s/   J. Francisco Tinoco

J. Francisco Tinoco, Esq.