UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| THE LAW FUNDER, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:14-cv-00981 |
| | § | |
| SERGIO MUNOZ, JR., and LAW | § | |
| OFFICES OF SERGIO MUNOZ, JR, P.C., | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

The Court now considers "Plaintiff's Unopposed Motion for Continuance of Final Pre-Trial Hearing."[1] This case has been pending since December 2014.[2] The parties appeared for a scheduling conference on September 15, 2020, and agreed that this case's jury trial should be continued to spring 2021 in light of the COVID-19 pandemic and the difficulties of assembling a jury and for witnesses to travel.[3] In an order issued that same day, the Court ordered the parties to appear for a final pretrial conference on March 5, 2021.[4] The instant motion requests the Court continue the final pretrial conference "until a date after August 01, 2021."[5] Plaintiff requests a 5-month continuance solely because of the COVID-19 pandemic and travel difficulties.[6] Defendants are unopposed.[7]

---

[1] Dkt. No. 167.
[2] Dkt. No. 1.
[3] *See* Minute Entry (Sept. 15, 2020).
[4] Dkt. No. 162.
[5] Dkt. No. 167 at 1.
[6] *Id.*
[7] *Id.* at 3.

"A district court has inherent power 'to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.'"[8] The Court agrees that a continuance is warranted in light of the COVID-19 pandemic. Accordingly, the Court **GRANTS** Plaintiff's motion.[9] The final pretrial conference previously scheduled for March 5, 2021,[10] is continued to **August 17, 2021, at 9:00 a.m.** The trial setting in April 2021 is **CANCELLED**. Parties have already filed their joint pretrial order[11] and need not file another, but if the parties wish to update or renew their joint pretrial order or pretrial submissions, they must be filed no later than **July 20, 2021**.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 17th day of February 2021.

_____
Micaela Alvarez
United States District Judge

---

[8] *United States v. Colomb*, 419 F.3d 292, 299 (5th Cir. 2005) (quoting *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)).
[9] Dkt. No. 167.
[10] Dkt. No. 162.
[11] Dkt. No. 163.