UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| THE LAW FUNDER, L.L.C., § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. 7:14-cv-00981 |
| SERGIO MUÑOZ, JR., and LAW § | |
| OFFICES OF SERGIO MUÑOZ, JR., P.C. § | |
| d/b/a The Muñoz Law Firm, § | |
| § | |
| Defendants. § | |

## **ORDER**

Having heard from the parties at the August 17, 2021 final pretrial conference,[1] the Court **ORDERS** the parties to appear ready for jury selection and trial to begin on **February 7, 2022, at 9:00 a.m.**

IT IS SO ORDERED.

DONE at McAllen, Texas, this 19th day of August 2021.

_____
Micaela Alvarez
United States District Judge

---

[1] *See* Minute Entry (Aug. 17, 2021).